April 25, 2013



# JUDGMENT

# The Fourteenth Court of Appeals

NEW DELIVERANCE CHURCH, INC., Appellant

NO. 14-10-01127-CV             V.

ADAM MILLER AND HOUSSIERE, DURANT & HOUSSIERE, LLP, Appellees

_____

This cause, an appeal from the judgment in favor of appellees was heard on the transcript of the record. We have inspected the record and find error in the judgment. We therefore order the judgment of the court below **REVERSED** and **REMAND** the cause for proceedings in accordance with the court's opinion.

We further order that all costs incurred by reason of this appeal be paid by appellees.

We further order this decision certified below for observance.